WOODCOCK v. CANNARIATO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Daniel Woodcock against Salvatore Cannariato. No opin-

ion. Motion to dismiss appeal granted, with $10 costs. Order filed.